UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| SHARON BOONE, a citizen and resident of Monroe County, Tennessee | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:13-cv-00503 |
| AMERICAN UNITED LIFE INSURANCE COMPANY, and DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Upon stipulation of the plaintiff and defendants, as evidenced by the signatures of their counsel below, this action is hereby DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

So STIPULATED this 17th day of March, 2014.

        FARMER & DREISER

        /s/John P. Dreiser
        John P. Dreiser, BPR No. 020743
        Tony Farmer, BPR No. 001865

        1356 Papermill Pointe Way
        Knoxville, TN 37909
        865-584-1211

        *Attorneys for plaintiff, Sharon Boone*

1

WOOLF, McCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC

/s/ Tony R. Dalton
Tony R. Dalton, BPR No. 014812

900 South Gay Street, Suite 900
P.O. Box 900
Knoxville, TN 37901
865-215-1000
865-215-1001 (fax)

*Attorney for defendants American United Life Insurance Company and Disability Reinsurance Management Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served upon the following counsel for the parties in interest herein by filing the same electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

This the 17th day of March, 2014.

/s/ Tony R. Dalton
Attorney